# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NICOLE SPARKS et al.,** | : | |
| *Plaintiffs,* | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **THE CHILDREN'S PLACE, INC.,** | : | **No. 17-1057** |
| *Defendant.* | : | |

## ORDER

AND NOW, this 19th day of October, 2017, upon consideration of Defendant's Motion to Dismiss (Docket No. 4), Plaintiffs' Opposition (Docket No. 14), Defendant's Reply (Docket No. 20), and the parties' supplemental briefing (Docket Nos. 30, 31), and following oral argument on July 21, 2017, it is **hereby ORDERED** that Motion (Docket No. 4) is **GRANTED in part and DENIED in part**. The Clerk of Court shall place this case in **SUSPENSE**. The parties shall keep the Court apprised of any relevant developments in *Essex v. Children's Place*, Civil Action No. 15-cv-5621.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
United States District Judge

1