# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NICOLE SPARKS and AMIRAH PASHA,
on behalf of themselves and similarly
situated employees,

    Plaintiffs,

v.

THE CHILDREN'S PLACE, INC.,

    Defendant.

Case No. 2:17-cv-01057-GEKP

## ORDER

This matter having come before the Court on the Parties' Joint Status Report, and this Court having considered the Joint Status Report and the June 8, 2018 Order in *Essex v. Children's Place*, U.S.D.C. for the District of New Jersey Case No. 15-cv-5621 (Dkt. 146), and for good cause shown, it is on this 27th day of July, 2018 **ORDERED**:

1. The Complaint is hereby **DISMISSED WITH PREJUDICE**; and

2. The Parties shall each be responsible for their own fees and costs.

**IT IS SO ORDERED.**

_____
HON. GENE E. K. PRATTER